UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDDIE ALEXANDER BANKS,

    Plaintiff,

v.                                                            Case No.: 2:19-cv-756-FtM-38NPM

THE PEOPLE OF THE STATE OF
FLORIDA, FLORIDA ATTORNEY
GENERAL OFFICE, BROWARD
COUNTY SHERIFF'S OFFICE, LEE
COUNTY SHERIFF'S OFFICE,
FLORIDA HIGHWAY PATROL,
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
17TH CIRCUIT COURT BROWARD
COUNTY, 20TH CIRCUIT COURT
LEE COUNTY, BB&T BANK,
SUNCOAST CREDIT UNION,
SUNTRUST BANK, BANK OF
AMERICA, SAM GALLOWAY FORD,
INC. and SHENANDOAH GENERAL
CONSTRUCTION COMPANY,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is Plaintiff's "Notice of Entry CHARGE ORDER" (Doc. 15) filed on January 21, 2020. The Court is unable to discern what Plaintiff seeks through this filing. A few weeks ago, the Court approved a Report and Recommendation, dismissed the Complaint, and closed this case. (Doc. 13). Then, the Clerk entered judgment. (Doc.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

14). To the extent this filing can be liberally construe as a motion for reconsideration, it is denied. Under Federal Rule of Civil Procedure 59(e), there are three grounds for reconsideration: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." *Church of Our Savior v. City of Jacksonville Beach*, 108 F. Supp. 3d 1259, 1265 (M.D. Fla. 2015) (citation omitted). Plaintiff's filing fails to argue any bases for reconsideration. Thus, the "Notice of Entry CHARGE ORDER," construed as a motion for reconsideration, is denied. And this case remains closed.

Accordingly, it is now

**ORDERED:**

Plaintiff's "Notice of Entry CHARGE ORDER" (Doc. 15), construed as a motion for reconsideration, is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of January, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record